UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRIDON BABUADZE,

Petitioner,

v.

CHRISTOPHER CHESTNUT, Warden of California City Detention Center, et al.,

Respondents.

No.  1:26-cv-01499-KES-CDB (HC)

A-Number: 249-261-029

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO RELEASE PETITIONER, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Doc. 8

Petitioner Pridon Babuadze is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition.  Doc. 8.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  On March 30, 2026, respondents filed objections, objecting "[f]or the reasons set forth

1

in" their prior briefing.  Doc. 9.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations, Doc. 8, are ADOPTED IN FULL;

2.    The petition for writ of habeas corpus is GRANTED;

3.    Respondents are ORDERED TO RELEASE PETITIONER IMMEDIATELY;

4.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified; and

5.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    March 31, 2026

_____
UNITED STATES DISTRICT JUDGE

2